IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JASON A. NASMAN,

                Plaintiff,

     v.

CHASE HOME FINANCE, LLP,
GRAY & ASSOCIATES, LLP,
STEVEN E. ZABLOCKI, employee,
MICHAEL M. RILEY, employee,
BRIAN QUIRK, employee,
ROBERT M. PIETTE, employee,
STEVEN E. ZABLOCKI, private capacity,
MICHAEL M. RILEY, private capacity,
BRIAN QUIRK, private capacity and
ROBERT M. PIETTE, private capacity;

                Defendants.

ORDER

11-cv-614-wmc
_____

      This is a civil action for monetary relief in which plaintiff Jason Nasman, who is proceeding pro se, alleges that defendants have violated his rights under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Wisconsin Consumer Act, Wis. Stat. § 427. Plaintiff has paid the $350 fee for filing this case.

      The next step is for plaintiff to serve his complaint on defendants. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendants. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving his case to resolution. If plaintiff acts promptly, he should be able to serve his complaint on the defendants well before the deadline for doing so established in Rule 4.

      To help plaintiff understand the procedures for serving his complaint, I am enclosing with this order copies of documents titled "Procedure for Serving a Complaint on a Corporation in a Federal Lawsuit" and "Procedure for Serving a Complaint on Individuals in a Federal Lawsuit."

In addition, I am enclosing to plaintiff copies of his complaint and the forms he will need to send to the defendants in accordance with the procedures set out in Option 1 of the memorandum.

ORDER

IT IS ORDERED that plaintiff Jason Nasman serve his complaint on the defendants promptly and file proof of service of his complaint as soon as service has been accomplished. ("Proof of service" is explained in the attachments.) If, by November 7, 2011, plaintiff fails to submit proof of service of his complaint on the defendants or explain his inability to do so, I will direct plaintiff to show cause why his case should not be dismissed for lack of prosecution.

Entered this 6th day of September, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge