IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON A. NASMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-614-wmc

CHASE HOME FINANCE LLC,
GRAY & ASSOCIATES, LLP,
STEVEN E. ZABLOCKI,
MICHAEL M. RILEY, BRIAN QUIRK and
ROBERT M. PIETTE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Chase Home Finance LLC, Gray & Associates, LLP, Steven E. Zablocki, Michael M. Riley, Brian Quirk and Robert M. Piette granting summary judgment and dismissing this case.

_____     _1/24/13_
Peter Oppeneer, Clerk of Court           Date